ATWELL ET AL., COUNCIL OF VILLAGE OF WILLOUGHBY HILLS, APPELLANTS, *v.* BOARD OF PARK COMMRS. OF CLEVELAND METROPOLITAN PARK DISTRICT ET AL., APPELLEES.

(No. 39116—Decided June 16, 1965.)

*Mr. Paul H. Torbet*, for appellants.

*Mr. Walter C. Kelley, Jr.*, for appellee Board of Park Commissioners.

*Mr. Fred V. Skok*, prosecuting attorney, for appellee county auditor.

*Per Curiam.* Section 2 of Article XII of the Ohio Constitution provides that the General Assembly shall have "the general power * * * to determine the * * * exemptions" from "taxation." Section 5709.10, Revised Code, provides that "property belonging to park districts, created pursuant to Section 1545.01, Revised Code, shall be exempt from taxation." The decision of the Board of Tax Appeals is affirmed on authority of *Denison University* v. *Board of Tax Appeals*, 2 Ohio St. 2d 17.

*Decision affirmed.*

TAFT, C. J., MATTHIAS, O'NEILL and VAN NOSTRAN, JJ., concur.

SCHNEIDER, J., concurring. I agree solely on the ground that the Board of Tax Appeals reasonably and lawfully found that the public property was "used exclusively for a public purpose." Section 2 of Article XII of the Ohio Constitution.

VAN NOSTRAN, J., of the Fifth Appellate District, sitting for BROWN, J.